

# COUNTY OF ERIE

JEREMY C. TOTH
COUNTY ATTORNEY

KRISTEN M. WALDER
DEPUTY COUNTY ATTORNEY

DEPARTMENT OF LAW

October 29, 2025

**Via ECF**
Hon. John L. Sinatra, Jr.
United States District Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

      **Re:**    **Kubiszyn, Michael v. Sheriff John C. Garcia and Deputy Vaccaro, et**
              **Case No.: 1:25-cv-01103**

Dear Judge Sinatra:

      This office represents Defendants Sheriff John C. Garcia, Deputy Salvatore Vaccaro, Deputy Sarah Murphy, Deputy Molly Gorski, and Sergeant Christopher Soluri in the above-referenced matter.

      Upon information and belief, Plaintiff served the Complaint on Defendants on or about September 30, 2025. Defendants respectfully request an extension of time, until November 24, 2025, to answer, move against, or otherwise respond to Plaintiff's Complaint pursuant to Fed. R. Civ. P. 6(b). Our office is requesting this extension to allow additional time to investigate the allegations contained in the Complaint and to prepare to defend our clients' interests. I have reached out to Plaintiff's counsel, and they are unable to consent or object to the request at this time. Upon belief, this request is being made prior to the time Defendants are required to respond. This is Defendants' first request for an extension.

      Thank you in advance for your consideration.

                                      Very truly yours,

                                      JEREMY C. TOTH
                                      Erie County Attorney
                                      By: /s/ Amanda M. Somma
                                      Amanda M. Somma
                                      Assistant County Attorney
                                      Direct Dial: (716) 858-2252
                                      E-mail: Amanda.Somma@erie.gov