UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MICHAEL P KUBISZYN,

        Plaintiff,

v.

SHERIFF JOHN C. GARCIA, in his Official and Individual Capacities as Sheriff of Erie County, DEPUTY SALVATORE VACCARO, DEPUTY SARAH MURPHY, DEPUTY MOLLY GORSKI, and SERGEANT CHRISTOPHER SOLURI,

        Defendants.

**ANSWER**

Civil Action No. 1:25-cv-01103

---

    Defendants, SHERIFF JOHN C. GARCIA, in his Official and Individual Capacities as Sheriff of Erie County, DEPUTY SALVATORE VACCARO, DEPUTY SARAH MURPHY, DEPUTY MOLLY GORSKI, and SERGEANT CHRISTOPHER SOLURI, by their attorney, JEREMY C. TOTH, Erie County Attorney, AMANDA M. SOMMA, Assistant County Attorney, of Counsel, for their Answer to Plaintiff's Complaint, state as follows:

    1.    Answering paragraph 1 of the Complaint, Defendants deny the allegations contained therein.

    2.    Answering paragraph 2 of the Complaint, Defendants deny the allegations contained therein.

    3.    Answering paragraph 3 of the Complaint, Defendants deny the allegations contained therein.

    4.    Answering paragraph 4 of the Complaint, Defendants deny the allegations contained therein.

5. Answering paragraph 5 of the Complaint, Defendants deny the allegations contained therein.

6. Answering paragraph 6 of the Complaint, Defendants deny the allegations contained therein.

7. Answering paragraph 7 of the Complaint, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

8. Answering paragraph 8 of the Complaint, Defendants deny the allegations contained therein.

9. Answering paragraph 9 of the Complaint, Defendants deny the allegations contained therein.

10. Answering paragraph 10 of the Complaint, Defendants deny the allegations contained therein.

11. Answering paragraph 11 of the Complaint, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

12. Answering paragraph 12 of the Complaint, Defendants deny the allegations contained therein.

13. Answering paragraph 13 of the Complaint, Defendants deny the allegations contained therein.

14. Answering paragraph 14 of the Complaint, Defendants admit this allegation.

15. Answering paragraph 15 of the Complaint, Defendants admit this allegation.

16. Answering paragraph 16 of the Complaint, Defendants admit this allegation.

17. Answering paragraph 17 of the Complaint, Defendants admit this allegation.

18. Answering paragraph 18 of the Complaint, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

19. Answering paragraph 19 of the Complaint, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

20. Answering paragraph 20 of the Complaint, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

21. Answering paragraph 21 of the Complaint, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

22. Paragraph 22 of the Complaint contains statements of law to which no response is required. To the extent a response is required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

23. Paragraph 23 of the Complaint contains statements of law to which no response is required. To the extent a response is required, Defendants deny this allegation.

24. Answering paragraph 24 of the Complaint, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

25. Answering paragraph 25 of the Complaint, Defendants deny the allegations contained therein.

26. Answering paragraph 26 of the Complaint, Defendants deny the allegations contained therein.

27. Answering paragraph 27 of the Complaint, Defendants deny the allegations contained therein.

28. Answering paragraph 28 of the Complaint, Defendants deny the allegations contained therein.

29. Answering paragraph 29 of the Complaint, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

30. Answering paragraph 30 of the Complaint, Defendants deny the allegations contained therein.

31. Answering paragraph 31 of the Complaint, Defendants deny the allegations contained therein.

32. Answering paragraph 32 of the Complaint, Defendants deny the allegations contained therein.

33. Answering paragraph 33 of the Complaint, Defendants deny the allegations contained therein.

34. Answering paragraph 34 of the Complaint, Defendants deny the allegations contained therein.

35. Answering paragraph 35 of the Complaint, Defendants deny the allegations contained therein.

36. Answering paragraph 36 of the Complaint, Defendants deny the allegations contained therein.

37. Answering paragraph 37 of the Complaint, Defendants deny the allegations contained therein.

38. Answering paragraph 38 of the Complaint, Defendants deny the allegations contained therein.

39. Answering paragraph 39 of the Complaint, Defendants deny the allegations contained therein.

40. Paragraph 40 of the Complaint contains statements of law to which no response is required. To the extent a response is required, Defendants deny this allegation.

41. Answering paragraph 41 of the Complaint, Defendants repeat and reiterate each and every admission and denial hereto interposed.

42. Answering paragraph 42 of the Complaint, Defendants deny the allegations contained therein.

43. Answering paragraph 43 of the Complaint, Defendants deny the allegations contained therein.

44. Answering paragraph 44 of the Complaint, Defendants repeat and reiterate each and every admission and denial hereto interposed.

45. Answering paragraph 45 of the Complaint, Defendants deny the allegations contained therein.

46. Answering paragraph 46 of the Complaint, Defendants deny the allegations contained therein.

47. Answering paragraph 47 of the Complaint, Defendants deny the allegations contained therein.

48. Answering paragraph 48 of the Complaint, Defendants deny the allegations contained therein.

49. Answering paragraph 49 of the Complaint, Defendants deny the allegations contained therein.

50. Answering paragraph 50 of the Complaint, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

51. Answering paragraph 51 of the Complaint, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

52. Answering paragraph 52 of the Complaint, Defendants deny the allegations contained therein.

53. Answering paragraph 53 of the Complaint, Defendants deny the allegations contained therein.

54. Answering paragraph 54 of the Complaint, Defendants deny the allegations contained therein.

55. Answering paragraph 55 of the Complaint, Defendants deny the allegations contained therein.

56. Answering paragraph 56 of the Complaint, Defendants deny the allegations contained therein.

57. Answering paragraph 57 of the Complaint, Defendants repeat and reiterate each and every admission and denial hereto interposed.

58. Answering paragraph 58 of the Complaint, Defendants deny the allegations contained therein.

59. Answering paragraph 59 of the Complaint, Defendants deny the allegations contained therein.

60. Answering paragraph 60 of the Complaint, Defendants deny the allegations contained therein.

61. Answering paragraph 61 of the Complaint, Defendants deny the allegations contained therein.

62. Answering paragraph 62 of the Complaint, Defendants deny the allegations contained therein.

63. Answering paragraph 63 of the Complaint, Defendants deny the allegations contained therein.

64. Answering paragraph 64 of the Complaint, Defendants repeat and reiterate each and every admission and denial hereto interposed.

65. Answering paragraph 65 of the Complaint, Defendants deny the allegations contained therein.

66. Answering paragraph 66 of the Complaint, Defendants deny the allegations contained therein.

67. Answering paragraph 67 of the Complaint, Defendants deny the allegations contained therein.

68. Answering paragraph 68 of the Complaint, Defendants deny the allegations contained therein.

69. Answering paragraph 69 of the Complaint, Defendants deny the allegations contained therein.

70. Answering paragraph 70 of the Complaint, Defendants deny the allegations contained therein.

71. Answering paragraph 71 of the Complaint, Defendants repeat and reiterate each and every admission and denial hereto interposed.

72. Answering paragraph 72 of the Complaint, Defendants deny the allegations contained therein.

73. Answering paragraph 73 of the Complaint, Defendants deny the allegations contained therein.

74. Answering paragraph 74 of the Complaint, Defendants deny the allegations contained therein.

75. Answering paragraph 75 of the Complaint, Defendants deny the allegations contained therein.

76. Answering paragraph 76 of the Complaint, Defendants deny the allegations contained therein.

77. Answering paragraph 77 of the Complaint, Defendants deny the allegations contained therein.

78. Answering paragraph 78 of the Complaint, Defendants deny the allegations contained therein.

79. Answering paragraph 79 of the Complaint, Defendants deny the allegations contained therein.

80. Answering paragraph 80 of the Complaint, Defendants repeat and reiterate each and every admission and denial hereto interposed.

81. Answering paragraph 81 of the Complaint, Defendants deny the allegations contained therein.

82. Answering paragraph 82 of the Complaint, Defendants deny the allegations contained therein.

83. Answering paragraph 83 of the Complaint, Defendants deny the allegations contained therein.

84. Answering paragraph 84 of the Complaint, Defendants deny the allegations contained therein.

85. Answering paragraph 85 of the Complaint, Defendants deny the allegations contained therein.

86. Answering paragraph 86 of the Complaint, Defendants deny the allegations contained therein.

87. Answering paragraph 87 of the Complaint, Defendants repeat and reiterate each and every admission and denial hereto interposed.

88. Answering paragraph 88 of the Complaint, Defendants deny the allegations contained therein.

89. Answering paragraph 89 of the Complaint, Defendants deny the allegations contained therein.

90. Answering paragraph 90 of the Complaint, Defendants deny the allegations contained therein.

91. Answering paragraph 91 of the Complaint, Defendants deny the allegations contained therein.

92. Answering paragraph 92 of the Complaint, Defendants deny the allegations contained therein.

93. Answering paragraph 93 of the Complaint, Defendants deny the allegations contained therein.

94. Answering paragraph 94 of the Complaint, Defendants deny the allegations contained therein.

95. Answering paragraph 95 of the Complaint, Defendants deny the allegations contained therein.

96. Answering paragraph 96 of the Complaint, Defendants repeat and reiterate each and every admission and denial hereto interposed.

97. Answering paragraph 97 of the Complaint, Defendants deny the allegations contained therein.

98. Answering paragraph 98 of the Complaint, Defendants deny the allegations contained therein.

99. Answering paragraph 99 of the Complaint, Defendants repeat and reiterate each and every admission and denial hereto interposed.

100. Answering paragraph 100 of the Complaint, Defendants deny the allegations contained therein.

101. Answering paragraph 101 of the Complaint, Defendants deny the allegations contained therein.

102. Answering paragraph 102 of the Complaint, Defendants deny the allegations contained therein.

103. Answering paragraph 103 of the Complaint, Defendants repeat and reiterate each and every admission and denial hereto interposed.

104. Paragraph 104 of the Complaint contains statements of law to which no response is required. To the extent a response is required, Defendants deny the allegations contained therein.

105. Answering paragraph 105 of the Complaint, Defendants deny the allegations contained therein.

106. Answering paragraph 106 of the Complaint, Defendants deny the allegations contained therein.

107. Answering paragraph 107 of the Complaint, Defendants deny the allegations contained therein.

108. Answering paragraph 108 of the Complaint, Defendants deny the allegations contained therein.

109. Answering paragraph 109 of the Complaint, Defendants deny the allegations contained therein.

110. Answering paragraph 110 of the Complaint, Defendants deny the allegations contained therein.

111. Answering paragraph 111 of the Complaint, Defendants deny the allegations contained therein.

112. Answering paragraph 112 of the Complaint, Defendants deny the allegations contained therein.

113. Answering paragraph 113 of the Complaint, Defendants deny the allegations contained therein.

114. Answering paragraph 114 of the Complaint, Defendants deny the allegations contained therein.

115. Answering paragraph 115 of the Complaint, Defendants deny the allegations contained therein.

116. Answering paragraph 116 of the Complaint, Defendants deny the allegations contained therein.

117. Answering paragraph 117 of the Complaint, Defendants repeat and reiterate each and every admission and denial hereto interposed.

118. Answering paragraph 118 of the Complaint, Defendants deny the allegations contained therein.

119. Answering paragraph 119 of the Complaint, Defendants deny the allegations contained therein.

120. Answering paragraph 120 of the Complaint, Defendants deny the allegations contained therein.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

121. Upon information and belief, any injuries or damages sustained by Plaintiff as alleged in the Complaint were caused or contributed to by the negligence, carelessness, or other culpable conduct of the Plaintiff. Accordingly, the Plaintiff should be barred from recovery if his injuries and damages were caused entirely by reason of the culpable conduct on the part of the Plaintiff or, or in the event that Plaintiff is entitled to recover, the amount of the damages otherwise recoverable should be diminished by the proportion which the culpable conduct attributable to Plaintiff bears to the culpable conduct and caused or contributed to said injuries and damages.

**AS AND FOR A SECOND AFFIRMATIVE DEFENSE**

122. In the event that the Plaintiff recovers damages which have been paid or are payable by collateral source, Defendants will seek an offset to such damages pursuant to Article 45 of the CPLR.

**AS AND FOR A THIRD AFFIRMATIVE DEFENSE**

123. Plaintiff's claims may be barred, in whole or in part, by their failure to exhaust available administrative remedies and/or comply with conditions precedent to suit.

**AS AND FOR A FOURTH AFFIRMATIVE DEFENSE**

124. That there is a separate and complete defense to maintaining this action because of a failure to state a valid cause of action.

**AS AND FOR A FIFTH AFFIRMATIVE DEFENSE**

125. Upon information and belief, Plaintiff has failed to mitigate the damages allegedly sustained as a result of the accident alleged in the Complaint.

**AS AND FOR A SIXTH AFFIRMATIVE DEFENSE**

126. Upon information and belief, if Defendants are found to liable to the Plaintiff for damages, its liability will be 50% or less of the total liability assigned to all persons liable.

127. By reason of the foregoing, any recovery by the Plaintiff for non-economic loss against the Defendants shall be limited to Defendants' equitable share of liability in accordance with the provisions of Article 16 of the Civil Practice Law and Rules.

**AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE**

128.    The incident(s) and/or injuries and damages of which Plaintiff complains or for which Plaintiff seeks recovery were caused and/or contributed to by person(s) and/or entity(ies) over which Defendants neither had nor exercised right of control, without any negligence or other culpable conduct of Defendants contributing thereto.

**AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE**

129.    Pursuant to Section 15-108 of the New York General Obligations Laws, Plaintiff's recovery, if any, from Defendants must be reduced by the greatest of (1) any amounts actually paid by any person or entity for any of the injuries, costs, damages and expenses alleged in the Complaint; or (2) any amounts stipulated or otherwise agreed to in any release of or covenant not to sue any person or entity for any injuries, costs, damages or expenses alleged in the Complaint; (3) the equitable share of the liability of any person or entity that has received, or hereafter receives, any release from liability or covenant not to sue with respect to any injuries, costs, damages and expenses alleged in Complaint.

**AS AND FOR A NINTH AFFIRMATIVE DEFENSE**

130.    The Plaintiff may not recover against the Defendants under a theory of Respondeat Superior, and therefore Plaintiff's claims must be dismissed.

**AS AND FOR A TENTH AFFIRMATIVE DEFENSE**

131.    The Plaintiff may not recover punitive damages or exemplary damages against the Defendants herein.

**AS AND FOR AN ELEVENTH AFFIRMATIVE DEFENSE**

132.    That there is a separate and complete defense to maintaining this action

because of a failure to comply with the provisions of the General Municipal Law of the State of New York.

133.  Plaintiff has wholly failed to comply with the mandatory notice of claim requirements of New York State law as are applicable to the pendent State claims asserted in Plaintiff's Complaint.

**AS AND FOR A TWELFTH AFFIRMATIVE DEFENSE**

134.  That there is a separate and complete defense to maintaining this action because of a failure to obtain personal jurisdiction.

**AS AND FOR A THIRTEENTH AFFIRMATIVE DEFENSE**

135.  That there is a separate and complete defense to maintaining this action because of the statute of limitations.

**AS AND FOR A FOURTEENTH AFFIRMATIVE DEFENSE**

136.  That there is a separate and complete defense to maintaining this action because of the culpable conduct of a non-party.

**AS AND FOR A FIFTEENTH AFFIRMATIVE DEFENSE**

137.  That the actions of the Defendants involved discretionary decisions which are protected by quasi-judicial immunity.

138.  That there is a separate and complete defense to maintaining this action because of governmental immunity for discretionary acts, as well as immunity conferred upon Defendants by statute, whether federal, state, or local.

**AS AND FOR A SIXTEENTH AFFIRMATIVE DEFENSE**

139.  Upon information and belief, and without admitting that the Complaint states a claim, any remedies are limited to the extent that there is sought an overlapping

or duplicative recovery.

### AS AND FOR A SEVENTEENTH AFFIRMATIVE DEFENSE

140. That there is a separate and complete defense to maintaining this action because of the failure to name a necessary party.

### AS AND FOR AN EIGHTEENTH AFFIRMATIVE DEFENSE

141. Defendants are entitled to absolute and/or qualified immunity with respect to each claim in the Complaint.

### AS AND FOR A NINETEENTH AFFIRMATIVE DEFENSE

142. Upon information and belief, the Complaint is barred, in whole or in part, upon the doctrine of legislative and/or prosecutorial immunity.

### AS AND FOR A TWENTIETH AFFIRMATIVE DEFENSE

143. That the Defendants are immune in the instant suit from any liability to the Plaintiff for damages, since Defendants acted towards Plaintiff in good faith and with an objectively reasonable belief that their actions were lawful and not in violation of any of Plaintiff's clearly established constitutional rights. Consequently, Plaintiff's claims must be dismissed.

### AS AND FOR A TWENTY-FIRST AFFIRMATIVE DEFENSE

144. Defendants have not violated any right, privilege, or immunity secured to Plaintiff by the Constitution or laws of the United States of America or State of New York, nor have Defendants violated any act of Congress providing for the protection of civil rights.

### AS AND FOR A TWENTY-SECOND AFFIRMATIVE DEFENSE

145. Upon information and belief, the Complaint is barred, in whole or in part,

upon the grounds of any sovereign, governmental, discretionary, or qualified immunity available to municipalities and their employees, including, but not limited to, governmental immunity for alleged errors of judgment in discretionary decisions

### AS AND FOR A TWENTY-THIRD AFFIRMATIVE DEFENSE

146. Any and all actions were carried out for legitimate and lawful reasons and not motivated or caused by malice or reckless disregard for the constitutional rights of the Plaintiff.

### AS AND FOR A TWENTY-FOURTH AFFIRMATIVE DEFENSE

147. Defendants assert that they intend to rely upon such other defenses as may be available or apparent during discovery proceedings in this case and hereby reserve their right to amend their Answer to assert said defenses.

### AS AND FOR A TWENTY-FIFTH AFFIRMATIVE DEFENSE

148. Each of the causes of action are barred in whole or in part by the doctrine of laches, waiver, estoppel, and/or res judicata.

### AS AND FOR A TWENTY-SIXTH AFFIRMATIVE DEFENSE

149. No special duty or special relationship existed as between the Plaintiff and the Defendants herein. The "public duty" rule, sometimes alternatively referred to as the "governmental function immunity" doctrine, constitutes a complete bar to the Plaintiff's action as against the Defendants.

### AS AND FOR A TWENTY-SEVENTH AFFIRMATIVE DEFENSE

150. Claims against an individual in their "official capacity" are void in the context of Title 42 U.S.C. § 1983.

## AS AND FOR A TWENTY-EIGHTH AFFIRMATIVE DEFENSE

151. Plaintiff's causes of action are barred due to the existence of probable cause for any search, detainment, arrest, and/or prosecution that occurred.

## AS AND FOR A TWENTY-NINTH AFFIRMATIVE DEFENSE

152. That Plaintiff has no viable cause of action for malicious prosecution due to want of a termination in his favor on the criminal charges.

## AS AND FOR A THIRTIETH AFFIRMATIVE DEFENSE

153. Plaintiff has no valid malicious prosecution claim because Defendants did not act with malice.

## RESERVATION OF ADDITIONAL DEFENSES

154. Defendants reserve the right to assert additional defenses throughout this litigation.

## DENIAL OF INFORMATION REGARDING ALL ALLEGATIONS OF THE COMPLAINT NOT HERETOFORE RESPONDED TO

155. Defendants lacks knowledge or information sufficient to form a belief as to the truth or falsity of any allegations of the Complaint not heretofore responded to.

## JURY TRIAL DEMAND

156. A trial by jury is hereby demanded on all issues in this matter.

**WHEREFORE**, the Defendants, SHERIFF JOHN C. GARCIA, DEPUTY SALVATORE VACCARO, DEPUTY SARAH MURPHY, DEPUTY MOLLY GORSKI, and SERGEANT CHRISTOPHER SOLURI, demand judgment dismissing the Plaintiff's Complaint together with the costs and disbursements of this action and demands further that the ultimate rights and responsibilities amongst all the responsible parties be determined in this action and that any judgment against the Defendants be

reduced to the extent the Plaintiff's culpable conduct contributed to the damages and that the Defendants, SHERIFF JOHN C. GARCIA, in his Official and Individual Capacities as Sheriff of Erie County, DEPUTY SALVATORE VACCARO, DEPUTY SARAH MURPHY, DEPUTY MOLLY GORSKI, and SERGEANT CHRISTOPHER SOLURI, have judgment over against the Plaintiff and/or other tortfeasors for the full amount of such judgment against it, including costs, disbursements, and interest or for such proportionate share as represents the amount, degree, or kind of negligence attributable to any tortfeasors.

DATED:   Buffalo, New York
         November 24, 2025

                                    Yours, etc.
                                    JEREMY C. TOTH, Erie County Attorney
                                    and Attorney for Defendants

                                    By: /s/ Amanda Somma
                                    Amanda M. Somma, Esq.
                                    Assistant County Attorney, of Counsel
                                    95 Franklin Street, Room 1634
                                    Buffalo, New York, 14202
                                    (716) 858-2252

TO:   Melissa D. Wischerath
      LIPSITZ GREEN SCIME CAMBRIA LLP
      Attorneys for Plaintiff
      42 Delaware Avenue, Suite 120
      Buffalo, New York 14202
      mwischerath@lglaw.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MICHAEL P KUBISZYN,

        Plaintiff,

v().                                              Civil Action No. 1:22-cv-00704-LJV

SHERIFF JOHN C. GARCIA, in his Official and Individual Capacities as Sheriff of Erie County, DEPUTY SALVATORE VACCARO, DEPUTY SARAH MURPHY, DEPUTY MOLLY GORSKI, and SERGEANT CHRISTOPHER SOLURI,

        Defendants.

---

## CERTIFICATE OF SERVICE

The undersigned, Amanda Somma, certifies that on the 24th day of November, 2025, she filed the foregoing using the Court's electronic filing system which caused the foregoing to be served upon the attorneys for Plaintiff, Melissa Wischerath, Esq. and participants in the Court's ECF/PACER electronic filing.

Dated: Buffalo, New York
       November 24, 2025

                                                    /s/ Amanda M. Somma